<HTML>
<HEAD>
<META NAME="Generator" CONTENT="WordPerfect 9">
<TITLE></TITLE>
</HEAD>
<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">


TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN











NO. 03-99-00521-CV








Pittsburgh Corning Corporation, Appellant





v.






Emma Spiegelhauer, Individually and as Personal Representative of the Heirs and Estate
of Leo Ernest Spiegelhauer, Deceased; Lorenzo Portis; Alvin Lee Dodd; James Walter
Burnett; Kirby Dan Jenkins; and Rylan Victor Schneider, Appellees










FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 95-11236, HONORABLE ERNEST C. GARCIA, JUDGE PRESIDING









PER CURIAM




Appellant, Pittsburgh Corning Corporation, and appellees, Emma Spiegelhauer,
Individually and as Personal Representative of the Heirs and Estate of Leo Ernest Spiegelhauer,
Deceased; Lorenzo Portis; Alvin Lee Dodd; James Walter Burnett; Kirby Dan Jenkins; and Rylan
Victor Schneider, have filed a Motion to Dismiss Appeal by Agreement in this cause. We grant
the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).





Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel



Dismissed on Agreed Motion



Filed: January 21, 2000



Do Not Publish


</BODY>
</HTML>